# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF ROLAND GLEN HOEFER, by its Executor, Roland J. Hoefer,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK, N.A., as Securities Intermediary and WELLS FARGO BANK, N.A., as Securities Intermediary<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civ. No. 20-0312-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR**
**U.S. BANK, N.A., AS SECURITIES INTERMEDIARY**

Pursuant to Fed. R. Civ. P. §7.1, Defendant U.S. Bank, N.A., not in its individual capacity but solely as Securities Intermediary for Viva Capital 3 L.P., certifies that U.S. Bank, N.A. is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly traded company.

1

| | |
|---|---|
| OF COUNSEL: | /s/ John M. Seaman |
| | Kevin G. Abrams (#2375) |
| | John M. Seaman (#3868) |
| Harry S. Davis | ABRAMS & BAYLISS LLP |
| SCHULTE ROTH & ZABEL LLP | 20 Montchanin Road, Suite 200 |
| 919 Third Avenue | Wilmington, Delaware 19807 |
| New York, NY 10022 | (302) 778-1000 |
| (212) 756-2000 | abrams@abramsbayliss.com |
| | seaman@abramsbayliss.com |
| Bayard P. Brown | |
| SCHULTE ROTH & ZABEL LLP | *Attorneys for Defendant U.S. Bank,* |
| 901 Fifteenth Street, NW | *N.A., as Securities Intermediary for* |
| Suite 800 | *Viva Capital 3 L.P.* |
| Washington, DC 20005 | |
| (202) 729-7470 | |

Dated:  March 31, 2020